**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JEFFREY SCHNEIDER,<br><br>Plaintiff,<br><br>vs.<br><br>TRAVELERS PERSONAL INSURANCE COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 4:26-cv-00675-JMB |

**JOINT MOTION OF PLAINTIFF AND DEFENDANT TO EXTEND CERTAIN DEADLINES FOR DISCOVERY RESPONSES AND DEADLINES IN CASE MANAGEMENT ORDER**

Come Now, Plaintiff, Jeffrey Schneider and Travelers Personal Insurance Company ("Travelers"), by and through Counsel, and for their Joint Motion, state:

1. Defendant served Defendant Travelers Personal Insurance Company's First Requests for Production of Documents Directed to Plaintiff (the "Defendants' Requests to Plaintiff for Production of Documents") and Defendant Travelers Personal Insurance Company's First Interrogatories Directed to Plaintiff ("Defendant's Interrogatories to Plaintiff")] on August 26, 2026 and thereafter, upon request of Plaintiff, agreed to extend the time to respond to each until October 25, 2026.

2. A Case Management Order [doc. 16] was entered in this case establishing certain dates and setting certain deadlines, including:

   a. Plaintiff to designate experts by October 10, 2026.

   b. Plaintiff to make experts available for depositions and complete depositions no later than November 10, 2026.

   c. Defendant to designate experts by December 10, 2026.

d. Defendant to make its experts available for deposition and complete depositions by January 10, 2027.

e. Completion of discovery by February 10, 2027;

f. Deadline of March 10, 2027 by which to file dispositive motions;

g. February 10, 2027 as deadline for completion of all discovery.

h. March 10, 2027 as deadline to file any motion to dismiss, for summary judgment or on the pleadings, April 10 for any response and May 10 for any reply

3. The parties, despite best efforts, were each delayed in providing certain discovery responses to each other. In addition, the parties attended mediation on September 28 but were unable to make sufficient progress, in part due to each party lacking certain documents from the other, which the parties are addressing. The parties intend to reconvene mediation upon addressing these issues.

4. The parties, with the court's approval, propose extending deadlines as follows

a. Plaintiff's Responses to Defendant's Request to Plaintiff for Production of Documents shall be served no later than October 25, 2026;

b. Plaintiff's deadline to designate experts shall be November 10, 2026.

c. Plaintiff shall make his experts available for deposition and complete depositions by December 10, 2026.

d. Defendant shall designate its experts no later than January 10, 2027;

e. Defendant shall make its experts available for deposition and complete depositions no later than February 10, 2027.

f. All discovery shall be completed by March 10, 2027.

g. Any motion to dismiss, motion for summary judgment or motion for judgment on the pleadings shall be filed no later than April 10, 2027. Any response in opposition shall be filed no later than May 10, 2027. Any reply in support of a motion shall be filed no later than June 10, 2027.

WHEREFORE, Plaintiff, Jeffrey Schneider and Defendant Travelers Personal Insurance pray that this Court enter an order extending certain deadlines in the Joint Scheduling Order as set forth above; and granting such additional relief as is just.

BECK & SANT, LLC

By: *_/s/ J. Talbot Sant, Jr._*
J. Talbot Sant, Jr., #35324MO
11775 Borman Drive, Ste. 216
Maryland Heights, Missouri 63146
(636) 240-3632 Telephone
(636) 240-6803 Facsimile
tsant@beckandsantlaw.com

Attorneys for Plaintiff Jeffrey Schneider

WATTERS WOLF BUB HANSMANN, LLC

By: *_/s/Robert L. Brady_*
Robert L. Brady, #47522MO
600 Kellwood Parkway, Suite 120
St. Louis, Missouri 63017
(636) 798-0570 Telephone
(636) 798-0693 Facsimile
rbrady@wwbhlaw.com

Attorneys for Defendant
Travelers Personal Insurance Company